IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Criminal No. **07-40040-05-GPM**-CJP |
| ) | |
| **RAMONA FRICHTL,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Ramona Frichtl's "Motion to Reconsider Report and Recommendation and Change Order of Commitment." **(Doc. 264).** A review of the motion reveals that the caption is misleading. The Report and Recommendation issued by this Court, which is pending before U.S. District Judge G. Patrick Murphy, recommended that Counts 1 and 2 of the indictment (the felony counts) be dismissed in accordance withe the plea agreement. Defendant Frichtl's motion does not mention Counts 1 and 2 or in any manner call the plea agreement into question. This Court did conduct a sentencing hearing relative to Count 12 (a Class A misdemeanor) wherein sentence was pronounced, placing Frichtl on probation for a term two years with a condition that she spend thirty days in a community treatment center (halfway house). However, the sentence has yet to be formally entered, because a Judgement and Commitment order cannot be entered until Judge Murphy rules on the aforementioned Report and Recommendation. The Court construes Frichtl's "Motion to Reconsider Report and Recommendation and Change Order of Commitment" as a motion to reopen the sentencing determination relative to Count 12.

1

Defendant Ramona Frichtl asks the Court to consider a letter from psychiatrist Dan Montgomery, M.D, regarding Frichtl's daughter, Elizabeth, who has been diagnosed with Asperger's disorder and learning disability. Dr. Montgomery opines that it would be detrimental to Elizabeth to have her mother and father both incarcerated at the same time. Frichtl now proposes– in apparent order of preference– that: (1) no period of incarceration be imposed; (2) only home confinement be imposed; or (3) incarceration at a halfway house be delayed until Dennis Frichtl, her husband who has been sentenced to twenty-six months imprisonment, is released from prison.

During the previous sentencing hearing the Frichtl's daughter's situation, the length of any sentence, and whether prison, a halfway house or home confinement was appropriate, were all discussed. However, Dr. Montgomery had not evaluated Elizabeth Frichtl, and the Court did not have the benefit of his report and recommendation. Therefore, the Court will reopen the sentencing on Count 12 with respect to the length, location or timing of any term of imprisonment/confinement to be imposed. Because the Court previously held a hearing and addressed the Pre-Sentence Investigation Report and objections thereto, an additional hearing does not appear to be warranted at this juncture.

**IT IS THEREFORE ORDERED** that defendant Ramona Frichtl's motion to reopen sentencing on Count 12 **(Doc. 264)** is **GRANTED**; the Court will consider the report and recommendation of Dr. Montgomery and consider defendant's various sentencing proposals, as well as any additional evidence and proposals submitted by the Government and/or Probation Office.

**IT IS FURTHER ORDERED** that the Government and Probation Office shall file any responses, objections or alternate proposals on or before **September 17, 2008**; any response by defendant Frichtl to the Government's or Probation Office's responses, objections or alternate proposals shall be filed on or before **September 22, 2008**.  The parties will be notified if additional briefing is required.

**IT IS SO ORDERED.**

**DATED: September 12, 2008**

s/ **Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**