IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 07-40040-05-GPM |
| RAMONA FRICHTL, | ) |
| Defendant. | ) |

# ORDER

**MURPHY, District Judge:**

Defendant Ramona Frichtl pleaded guilty to Count 12 of the Indictment, which is a Class A misdemeanor. As part of the plea agreement, the Government agreed to move to dismiss Counts 1 and 2 of the Indictment, which are felony charges. The parties further consented to have Defendant sentenced by United State Magistrate Judge Clifford J. Proud in accordance with 28 U.S.C. 636(a)(5).

Magistrate Judge Proud entered a Report and Recommendation on August 28, 2008, and no objections thereto have been filed. The Report and Recommendation (Doc. 263) is **ADOPTED**, and the Government's oral motion to dismiss is **GRANTED**. Counts 1 and 2 of the Indictment are **DISMISSED with prejudice** as against Defendant Ramona Frichtl. Magistrate Judge Proud will enter a Judgment and Commitment Order to reflect Defendant's sentence on Count 12.

**IT IS SO ORDERED.**

DATED: 09/16/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge